## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   ALEJANDRA VASQUEZ               §
                                         §   Case No.: 11-36856
                                         §
                                         §
         Debtor(s)                       §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/09/2011.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/03/2011.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 3

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   109,930.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $_____.00 |
| Less amount refunded to debtor | $_____.00 |
| **NET RECEIPTS** | $_____.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $_____.00 |
| Court Costs | $_____.00 |
| Trustee Expenses and Compensation | $_____.00 |
| Other | $_____.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $_____.00 |
| Attorney fees paid and disclosed by debtor | $   1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK | SECURED | 11,000.00 | 11,366.61 | 11,366.61 | .00 | .00 |
| CHASE MANHATTAN | OTHER | .00 | NA | NA | .00 | .00 |
| SETERUS | SECURED | 268,000.00 | .00 | .00 | .00 | .00 |
| WFS FINANCIAL/WACHOV | SECURED | 11,000.00 | .00 | .00 | .00 | .00 |
| WFS/WACHOVIA DEALER | OTHER | .00 | NA | NA | .00 | .00 |
| DEPT OF TREASURY/IRS | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | 6,470.00 | NA | NA | .00 | .00 |
| AMCA | UNSECURED | 342.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 6,470.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE/TOYS R US | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE/TOYS R US | OTHER | .00 | NA | NA | .00 | .00 |
| CHILDRENS PLACE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHILDRENS PLACE | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT FIRST | UNSECURED | 768.00 | 768.30 | 768.30 | .00 | .00 |
| CREDIT FIRST NA | OTHER | .00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 9,253.00 | NA | NA | .00 | .00 |
| FEDERAL NATIONAL MOR | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/OLD NAVY | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/OLD NAVY | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GEMB/GAP | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/GAPDC | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/GAP | OTHER | .00 | NA | NA | .00 | .00 |
| GEMB/SAMS CLUB | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/SAMS CLUB | OTHER | .00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 3,442.00 | 3,512.52 | 3,512.52 | .00 | .00 |
| GEMB/WALMART | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | .00 | 389.11 | 389.11 | .00 | .00 |
| LOU HARRIS COMPANY | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| LOU HARRIS COMPANY | UNSECURED | 164.00 | NA | NA | .00 | .00 |
| LOWES/GEMB | UNSECURED | .00 | NA | NA | .00 | .00 |
| LOWES/GEMB | OTHER | .00 | NA | NA | .00 | .00 |
| NRI LABRATORIES | UNSECURED | 195.93 | NA | NA | .00 | .00 |
| SAMS CLUB/GEMB | UNSECURED | .00 | NA | NA | .00 | .00 |
| SAMS CLUB/GEMB | UNSECURED | .00 | NA | NA | .00 | .00 |
| SEARS/CBNA | UNSECURED | .00 | NA | NA | .00 | .00 |
| SPRINGLEAF FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| TNB-VISA | UNSECURED | .00 | NA | NA | .00 | .00 |
| TNB VISA | OTHER | NA | NA | NA | .00 | .00 |
| TOTAL RECOVERY SERVI | UNSECURED | 517.00 | NA | NA | .00 | .00 |
| US BANK | UNSECURED | 6,454.00 | 6,543.20 | 6,543.20 | .00 | .00 |
| WFNNB/HARLEM FURNITU | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB/HARLEM FURNITU | OTHER | .00 | NA | NA | .00 | .00 |
| WFNNB/NEW YORK CO | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB NEW YORK & COM | OTHER | .00 | NA | NA | .00 | .00 |
| SETERUS | SECURED | 12,000.00 | .00 | .00 | .00 | .00 |
| GE MONEY BANK | UNSECURED | NA | 1,034.97 | 1,034.97 | .00 | .00 |
| SETERUS | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 11,366.61 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 11,366.61 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 12,248.10 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   12/12/2011          /s/ Tom Vaughn
                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**